**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

|  |  |  |
|---|---|---|
| USA | ) | Case No: 25 CR 812 |
|  | ) |  |
| v. | ) | Judge: Daniel P. McLaughlin |
|  | ) |  |
| Peter Stokes | ) | UNDER SEAL |

## <u>ORDER</u>

Government's motion for the limited unsealing of the superseding complaint and affidavit is granted [22].

Date: 4/23/26                                    /s/ Judge Daniel P. McLaughlin