UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PETER STOKES | **UNDER SEAL**<br>No. 25 CR 812<br><br>Hon. Daniel P. McLaughlin<br>Magistrate Judge |

## AMENDED ORDER

The UNITED STATES OF AMERICA by its attorney, ANDREW S. BOUTROS, United States Attorney for the Northern District of Illinois, having filed its Motion for Limited Unsealing of Superseding Complaint and Affidavit, and having demonstrated good cause in support of its motion,

IT IS HEREBY ORDERED THAT the government may provide a copy of the superseding complaint and affidavit in this case to attorney Arnold Spencer who represents the defendant.

ENTER:

_____
Hon. Daniel P. McLaughlin
Magistrate Judge
United States District Court for the
Northern District of Illinois

DATE: 4/23/2026