**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

USA,
Plaintiff(s),

v.

Peter Stokes
Defendant(s)

Case No. 25CR812

Judge Laura K. McNally

**ORDER**

Initial appearance held on 6/30/2026. Defendant Peter Stokes appears following arrest on 6/30/2026. Retained Pro Hac Vice counsel Arnold Spencer appears for Defendant. Defendant informed of his rights, the charges against him, and the maximum penalties if convicted. The Government orally moves for a detention hearing pursuant to 18 U.S.C. 3142(f)(2)(A). The Court holds that a detention hearing is warranted by 18 U.S.C. 3142(f)(2). Defendant thereafter waived right to contest pretrial detention, without prejudice to raise the issue at a later date. Defendant waives preliminary hearing. The Court enters a finding of probable cause and orders Defendant bound to the District Court for further proceedings. Pursuant to Federal Rule of Criminal Procedure Rule 5(f)(1), the court confirms the prosecutor's continuing obligation under Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, to disclose information favorable to the Defendant that is material to guilt or punishment. Failure to disclose may result in various consequences, including but not limited to exclusion of evidence, adverse jury instructions, a mistrial, dismissal of charges, vacatur of a conviction or guilty plea, disciplinary action against the prosecution, and contempt proceedings. The Government's oral motion to unseal the case is granted. The Clerk's Office is directed to unseal the case. Defendant is remanded to the custody of the U.S. Marshal and shall remain in custody pending further order of the Court.

(00.17)

Date: 6/30/2026

_Laura K. McNally_
Laura K. McNally
United States Magistrate Judge