UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISON

| | | |
|---|---|---|
| IN RE THE MATTER OF THE GOVERNMENT'S OMNIBUS MOTION TO WITHDRAW DESIGNATIONS OF FORMER ASSISTANT UNITED STATES ATTORNEYS | ) | Nos. [Identified in *Exhibit A*] Chief Judge Virginia M. Kendall |

GOVERNMENT'S OMNIBUS MOTION TO WITHDRAW
DESIGNATIONS OF FORMER ASSISTANT UNITED STATES ATTORNEYS

The UNITED STATES OF AMERICA, though its attorney, ANDREW S. BOUTROS, United States Attorney for the Northern District of Illinois, respectfully moves this Court to grant it leave to withdraw the designations of former government attorneys as counsel on behalf of the United States in the civil and criminal matters identified in *Exhibit A*.

In support of its motion, the UNITED STATES avers as follows:

1. Local Rule 83.16(b) provides that no appearance form need be filed by the United States Attorney or any Assistant United States Attorney where the appearance of such an attorney is on behalf of the United States. However, the rule requires that the United States Attorney's Office provide the name of a designated Assistant United States Attorney to receive electronic notices of Court proceedings in addition to those received by the United States Attorney's central email account in any such matter.

2. Pursuant to Local Rule 83.16(b), the United States Attorney's Office previously designated the Assistant United States Attorneys or Special Assistant United States Attorneys listed in *Exhibit A* as counsel for the government in the matters identified in *Exhibit A*. All of these attorneys have since left the United States Attorney's Office and are no longer acting as counsel on behalf of the United States in these matters. Accordingly, the United States Attorney's Office

seeks to withdraw the designations of these attorneys as counsel on behalf of the United States in the matters listed in *Exhibit A*.

WHEREFORE, the government requests that the Court grant it leave to withdraw the designations of these attorneys as counsel of behalf of the United States in the matters identified in *Exhibit A* and remove them from the electronic notification list for those matters.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: *<u>/s/ Rick D. Young</u>*
Assistant United States Attorney
Northern District of Illinois
219 South Dearborn Street, Suite 5000
Chicago, Illinois 60604
(312) 353-5300

# **EXHIBIT A**

**EXHIBIT A**

| Former AUSA | Case Number |
|---|---|
| Alejandro Ortega | 1:09-cr-00669 |
| Alejandro Ortega | 1:09-cr-00669 |
| Alejandro Ortega | 1:09-cr-00669 |
| Alejandro Ortega | 1:19-cr-00351 |
| Alejandro Ortega | 1:19-cr-00351 |
| Alejandro Ortega | 1:19-cr-00351 |
| Alejandro Ortega | 1:20-cr-00919 |
| Alejandro Ortega | 1:23-cr-00097 |
| Alejandro Ortega | 1:23-cr-00176 |
| Alejandro Ortega | 1:25-cr-00065 |
| Alejandro Ortega | 1:25-cr-00278 |
| Alejandro Ortega | 1:25-cr-00278 |
| Alejandro Ortega | 1:25-cr-00278 |
| Alejandro Ortega | 1:25-cr-00278 |
| Alejandro Ortega | 1:25-cr-00595 |
| Alejandro Ortega | 1:25-cr-00595 |
| Alejandro Ortega | 1:25-cv-02637 |
| Alejandro Ortega | 1:26-cv-11921 |
| Alejandro Ortega | 1:77-cr-00439 |
| Alexandra Morgan | 1:21-cr-00252 |
| Alexandra Morgan | 1:24-cr-00062 |
| Alexandra Morgan | 1:24-cr-00262 |
| Alexandra Morgan | 1:25-cv-06335 |
| Andrew Erskine | 1:22-cr-00269 |
| Andrew Erskine | 1:24-cv-03853 |
| Andrew Erskine | 1:24-cv-09668 |
| Andrew Erskine | 1:26-cr-00267 |
| Andrew Erskine | 1:26-cv-07384 |
| Ashley Chung | 1:18-cr-00818 |
| Ashley Chung | 1:19-cr-00079 |
| Ashley Chung | 1:19-cr-00601 |
| Ashley Chung | 1:20-cr-00130 |
| Ashley Chung | 1:20-cr-00130 |
| Ashley Chung | 1:20-cr-00225 |
| Ashley Chung | 1:20-cr-00286 |

**EXHIBIT A**

| Former AUSA | Case Number |
|---|---|
| Ashley Chung | 1:20-cr-00864 |
| Ashley Chung | 1:22-cr-00058 |
| Ashley Chung | 1:22-cr-00058 |
| Ashley Chung | 1:23-cr-00441 |
| Ashley Chung | 1:24-cr-00232 |
| Ashley Chung | 1:25-cr-00321 |
| Barry Jonas | 1:09-cr-00830 |
| Barry Jonas | 1:09-cr-00830 |
| Barry Jonas | 1:09-cr-00830 |
| Barry Jonas | 1:09-cr-00830 |
| Barry Jonas | 1:09-cr-00830 |
| Barry Jonas | 1:09-cr-00830 |
| Barry Jonas | 1:18-cr-00490 |
| Barry Jonas | 1:18-cr-00783 |
| Beth Palmer | 1:13-cr-00623 |
| Beth Palmer | 1:14-cr-00705 |
| Beth Palmer | 1:14-cr-00705 |
| Beth Palmer | 1:20-cr-00288 |
| Beth Palmer | 1:20-cr-00303 |
| Beth Palmer | 1:23-cr-00236 |
| Beth Palmer | 1:23-cr-00307 |
| Beth Palmer | 1:23-cr-00307 |
| Beth Palmer | 1:23-cr-00307 |
| Beth Palmer | 1:23-cr-00307 |
| Beth Palmer | 1:23-cr-00346 |
| Beth Palmer | 1:23-cv-16279 |
| Beth Palmer | 1:24-cr-00172 |
| Beth Palmer | 1:24-cr-00403 |
| Beth Palmer | 1:25-cr-00029 |
| Beth Palmer | 1:25-cr-00029 |
| Beth Palmer | 1:25-cr-00029 |
| Beth Palmer | 1:25-cr-00382 |
| Beth Palmer | 1:25-cr-00382 |
| Beth Palmer | 1:25-cr-00382 |
| Beth Palmer | 1:25-cr-00382 |

**EXHIBIT A**

| Former AUSA | Case Number |
|---|---|
| Beth Palmer | 1:25-cr-00382 |
| Bradley Tucker | 1:24-cr-00262 |
| Bradley Tucker | 1:25-cv-14691 |
| Bradley Tucker | 1:26-cv-01609 |
| Bradley Tucker | 1:26-cv-07861 |
| Bradley Tucker | 1:26-cv-07886 |
| Brandon Stone | 1:02-cr-00719 |
| Brandon Stone | 1:10-cr-00971 |
| Brandon Stone | 1:10-cr-00971 |
| Brandon Stone | 1:10-cr-00971 |
| Brandon Stone | 1:10-cr-00971 |
| Brandon Stone | 1:10-cr-00971 |
| Brandon Stone | 1:10-cr-01047 |
| Brandon Stone | 1:16-cr-00462 |
| Brandon Stone | 1:23-cr-00283 |
| Brandon Stone | 1:23-cr-00283 |
| Brandon Stone | 1:23-cr-00443 |
| Brandon Stone | 1:24-cr-00014 |
| Brandon Stone | 1:24-cr-00153 |
| Brandon Stone | 1:24-cr-00454 |
| Brandon Stone | 1:24-cr-00454 |
| Brandon Stone | 1:25-cr-00128 |
| Brandon Stone | 3:15-cr-50011 |
| Brian Kerwin | 1:10-cr-00063 |
| Brian Kerwin | 1:10-cr-00063 |
| Brian Kerwin | 1:10-cr-00063 |
| Brian Kerwin | 1:21-cr-00353 |
| Brian Kerwin | 1:25-cv-14251 |
| Brian Kerwin | 1:26-cv-00591 |
| Cassandra Maier | 3:20-cv-50447 |
| Cassandra Maier | 3:22-cv-50103 |
| Cassandra Maier | 3:23-cv-50004 |
| Cassandra Maier | 3:23-cv-50173 |
| Cassandra Maier | 3:24-cv-50276 |
| Cassandra Maier | 3:25-cv-50526 |

**EXHIBIT A**

| Former AUSA | Case Number |
|---|---|
| David DeCelles | 1:25-cv-08550 |
| David DeCelles | 1:25-cv-09658 |
| David DeCelles | 1:25-cv-09676 |
| David DeCelles | 3:24-cv-50034 |
| David DeCelles | 3:25-cv-50219 |
| Erika Csicsila | 1:05-cr-00019 |
| Erika Csicsila | 1:25-cv-01968 |
| Jason Julien | 1:19-cr-00351 |
| Jason Julien | 1:19-cr-00351 |
| Jason Julien | 1:19-cr-00351 |
| Jason Julien | 1:21-cr-00618 |
| Jason Julien | 1:21-cr-00618 |
| Jason Julien | 1:21-cr-00618 |
| Jason Julien | 1:21-cr-00618 |
| Jason Julien | 1:21-cr-00618 |
| Jason Julien | 1:21-cr-00618 |
| Jason Julien | 1:22-cv-05546 |
| Jason Julien | 1:24-cr-00191 |
| Jason Julien | 1:24-cr-00347 |
| Jason Julien | 1:25-cr-00213 |
| Jimmy Arce | 1:10-cr-01047 |
| Jimmy Arce | 1:12-cr-00521 |
| Jimmy Arce | 1:17-cr-00319 |
| Jimmy Arce | 1:17-cr-00509 |
| Jimmy Arce | 1:18-cr-00356 |
| Jimmy Arce | 1:19-cr-00936 |
| Jimmy Arce | 1:20-cr-00303 |
| Jimmy Arce | 1:20-cv-04577 |
| Jimmy Arce | 1:21-cr-00631 |
| Jimmy Arce | 1:21-cr-00659 |
| Jimmy Arce | 1:22-cr-00165 |
| Jimmy Arce | 1:22-cr-00223 |
| Jimmy Arce | 1:22-cv-04706 |
| Jimmy Arce | 1:23-cr-00227 |
| Jimmy Arce | 1:23-cr-00229 |

**EXHIBIT A**

| Former AUSA | Case Number |
|---|---|
| Jimmy Arce | 1:23-cr-00230 |
| Jimmy Arce | 1:23-cr-00231 |
| Jimmy Arce | 1:23-cr-00307 |
| Jimmy Arce | 1:23-cr-00307 |
| Jimmy Arce | 1:23-cr-00307 |
| Jimmy Arce | 1:23-cr-00307 |
| Jimmy Arce | 1:23-cr-00384 |
| Jimmy Arce | 1:23-cr-00384 |
| Jimmy Arce | 1:23-cr-00384 |
| Jimmy Arce | 1:23-cr-00384 |
| Jimmy Arce | 1:23-cr-00492 |
| Jimmy Arce | 1:23-cr-00557 |
| Jimmy Arce | 1:23-cv-16279 |
| Jimmy Arce | 1:24-cr-00172 |
| Jimmy Arce | 1:24-cr-00576 |
| Jimmy Arce | 1:24-cr-00577 |
| Jimmy Arce | 1:24-cr-00592 |
| Jimmy Arce | 1:24-cv-01068 |
| Jimmy Arce | 1:24-cv-02196 |
| Jimmy Arce | 1:25-cv-11260 |
| Jimmy Arce | 1:25-cv-12430 |
| Jimmy Arce | 1:26-cv-02298 |
| Jonathan Haile | 1:18-cv-06532 |
| Jonathan Haile | 1:22-cv-01048 |
| Jonathan Haile | 1:24-cv-00201 |
| Jonathan Haile | 1:24-cv-00575 |
| Jonathan Haile | 1:24-cv-06952 |
| Jonathan Haile | 1:25-cv-01848 |
| Jonathan Haile | 1:25-cv-08051 |
| Jonathan Haile | 1:25-cv-08664 |
| Jonathan Haile | 1:25-cv-10417 |
| Jonathan Haile | 1:25-cv-11943 |
| Jonathan Haile | 1:25-cv-12444 |
| Jonathan Haile | 1:25-cv-13323 |
| Kathleen Flannery | 1:24-cv-06088 |

**EXHIBIT A**

| Former AUSA | Case Number |
|---|---|
| Kathleen Flannery | 1:24-cv-07404 |
| Kavitha Babu | 1:15-cr-00067 |
| Kavitha Babu | 1:17-cr-00234 |
| Kavitha Babu | 1:19-cr-00351 |
| Kavitha Babu | 1:19-cr-00351 |
| Kavitha Babu | 1:19-cr-00351 |
| Kavitha Babu | 1:20-cr-00750 |
| Kavitha Babu | 1:20-cr-00750 |
| Kavitha Babu | 1:20-cr-00750 |
| Kavitha Babu | 1:22-cr-00279 |
| Kavitha Babu | 1:24-cr-00410 |
| Kavitha Babu | 1:26-cv-06158 |
| Kristen Totten | 1:12-cr-00755 |
| Kristen Totten | 1:12-cr-00755 |
| Kristen Totten | 1:12-cr-00755 |
| Kurt Siegal | 1:19-cr-00766 |
| Kurt Siegal | 1:24-cr-00127 |
| Kurt Siegal | 1:24-cr-00127 |
| Kurt Siegal | 1:24-cr-00127 |
| Kurt Siegal | 1:25-cr-00178 |
| Mary McClelland | 1:00-cr-00826 |
| Mary McClelland | 1:09-cr-00669 |
| Mary McClelland | 1:09-cr-00669 |
| Mary McClelland | 1:09-cr-00669 |
| Mary McClelland | 1:16-cr-00462 |
| Mary McClelland | 1:20-cr-00321 |
| Mary McClelland | 1:20-cr-00513 |
| Mary McClelland | 1:24-cv-06973 |
| Mary McClelland | 1:25-cr-00013 |
| Mary McClelland | 1:25-cr-00013 |
| Mary McClelland | 1:25-cr-00109 |
| Mary McClelland | 1:26-cr-00039 |
| Maureen Merin | 1:08-cr-00225 |
| Maureen Merin | 1:08-cr-00947 |
| Maureen Merin | 1:08-cr-00947 |

**EXHIBIT A**

| Former AUSA | Case Number |
|---|---|
| Maureen Merin | 1:08-cr-00947 |
| Maureen Merin | 1:10-cr-00113 |
| Maureen Merin | 1:10-cr-00608 |
| Maureen Merin | 1:17-cr-00319 |
| Maureen Merin | 1:18-cr-00262 |
| Maureen Merin | 1:19-cr-00509 |
| Maureen Merin | 1:25-cr-00110 |
| Maureen Merin | 1:25-cr-00605 |
| Maureen Merin | 1:26-cr-00193 |
| Maureen Merin | 1:26-cv-07205 |
| Megan DeMarco | 1:22-cr-00269 |
| Megan DeMarco | 1:22-cr-00269 |
| Megan DeMarco | 1:23-cr-00208 |
| Megan DeMarco | 1:23-cr-00208 |
| Megan DeMarco | 1:23-cr-00340 |
| Megan DeMarco | 1:23-cr-00441 |
| Megan DeMarco | 1:23-cr-00495 |
| Megan DeMarco | 1:23-cr-00585 |
| Megan DeMarco | 1:23-cv-15145 |
| Megan DeMarco | 1:24-cr-00572 |
| Megan DeMarco | 1:24-cr-00604 |
| Megan DeMarco | 1:24-cv-01108 |
| Megan DeMarco | 1:25-cr-00003 |
| Megan DeMarco | 1:25-cr-00003 |
| Megan DeMarco | 1:25-cr-00013 |
| Megan DeMarco | 1:25-cr-00013 |
| Megan DeMarco | 1:25-cr-00149 |
| Megan DeMarco | 1:25-cr-00149 |
| Megan DeMarco | 1:25-cr-00194 |
| Megan DeMarco | 1:25-cr-00194 |
| Megan DeMarco | 1:25-cr-00194 |
| Megan DeMarco | 1:25-cr-00194 |
| Megan DeMarco | 1:25-cr-00258 |
| Megan DeMarco | 1:25-cv-09572 |
| Megan DeMarco | 1:26-cv-06834 |

**EXHIBIT A**

| Former AUSA | Case Number |
|---|---|
| Megan DeMarco | 1:26-cv-08304 |
| Meghan Morrissey | 1:03-cr-00090 |
| Meghan Morrissey | 1:12-cr-00503 |
| Meghan Morrissey | 1:20-cr-00577 |
| Meghan Morrissey | 1:21-cr-00603 |
| Meghan Morrissey | 1:23-cr-00113 |
| Meghan Morrissey | 1:23-cr-00113 |
| Meghan Morrissey | 1:23-cr-00340 |
| Meghan Morrissey | 1:23-cr-00412 |
| Meghan Morrissey | 1:23-cr-00412 |
| Meghan Morrissey | 1:23-cr-00412 |
| Meghan Morrissey | 1:23-cr-00412 |
| Meghan Morrissey | 1:23-cr-00495 |
| Meghan Morrissey | 1:23-cr-00643 |
| Meghan Morrissey | 1:23-cv-16279 |
| Meghan Morrissey | 1:24-cr-00572 |
| Meghan Morrissey | 1:24-cr-00604 |
| Meghan Morrissey | 1:25-cr-00003 |
| Meghan Morrissey | 1:25-cr-00003 |
| Meghan Morrissey | 1:25-cr-00013 |
| Meghan Morrissey | 1:25-cr-00013 |
| Meghan Morrissey | 1:25-cr-00128 |
| Meghan Morrissey | 1:25-cr-00149 |
| Meghan Morrissey | 1:25-cr-00149 |
| Meghan Morrissey | 1:25-cr-00194 |
| Meghan Morrissey | 1:25-cr-00194 |
| Meghan Morrissey | 1:25-cr-00194 |
| Meghan Morrissey | 1:25-cr-00194 |
| Meghan Morrissey | 1:26-cv-05182 |
| Meghan Morrissey | 1:99-cr-00287 |
| Melody Wells | 1:22-cr-00279 |
| Melody Wells | 1:22-cr-00323 |
| Melody Wells | 1:22-cr-00323 |
| Melody Wells | 1:25-cr-00631 |
| Melody Wells | 1:25-cr-00812 |

**EXHIBIT A**

| Former AUSA | Case Number |
|---|---|
| Michelle Petersen | 1:13-cr-00105 |
| Michelle Petersen | 1:13-cr-00623 |
| Michelle Petersen | 1:15-cr-00583 |
| Michelle Petersen | 1:20-cv-02870 |
| Paige Nutini | 1:14-cr-00705 |
| Paige Nutini | 1:14-cr-00705 |
| Paige Nutini | 1:21-cr-00603 |
| Paige Nutini | 1:25-cr-00021 |
| Patrick Johnson | 1:19-cv-06322 |
| Patrick Johnson | 1:22-cv-00160 |
| Patrick Johnson | 1:24-cv-02586 |
| Patrick Johnson | 1:24-cv-07950 |
| Patrick Johnson | 1:25-cv-02005 |
| Patrick Johnson | 1:25-cv-05463 |
| Patrick Johnson | 1:25-cv-12765 |
| Patrick Johnson | 1:25-cv-13323 |
| Patrick Johnson | 1:25-cv-13863 |
| Patrick Johnson | 1:25-cv-15704 |
| Patrick Johnson | 1:26-cv-01566 |
| Patrick Johnson | 1:26-cv-03140 |
| Paul Mower | 1:19-cr-00744 |
| Paul Mower | 1:19-cr-00744 |
| Paul Mower | 1:21-cr-00631 |
| Paul Mower | 1:22-cr-00520 |
| Paul Mower | 1:25-cr-00667 |
| Paul Mower | 1:25-cr-00668 |
| Paul Mower | 1:25-cv-03724 |
| Prashant Kolluri | 1:03-cr-00090 |
| Prashant Kolluri | 1:11-cr-00782 |
| Prashant Kolluri | 1:11-cr-00782 |
| Prashant Kolluri | 1:20-cr-00577 |
| Prashant Kolluri | 1:22-cr-00022 |
| Prashant Kolluri | 1:22-cr-00460 |
| Prashant Kolluri | 1:22-cr-00594 |
| Prashant Kolluri | 1:23-cr-00017 |

**EXHIBIT A**

| Former AUSA | Case Number |
|---|---|
| Prashant Kolluri | 1:23-cr-00018 |
| Prashant Kolluri | 1:24-cr-00153 |
| Prashant Kolluri | 1:24-cr-00191 |
| Prashant Kolluri | 1:24-cr-00244 |
| Prashant Kolluri | 1:24-cr-00244 |
| Prashant Kolluri | 1:24-cr-00377 |
| Prashant Kolluri | 1:24-cr-00598 |
| Prashant Kolluri | 1:24-cr-00598 |
| Prashant Kolluri | 1:25-cr-00124 |
| Prashant Kolluri | 1:25-cr-00213 |
| Prashant Kolluri | 1:25-cr-00276 |
| Prashant Kolluri | 1:25-cr-00654 |
| Prashant Kolluri | 1:25-cr-00654 |
| Prashant Kolluri | 1:25-cr-00654 |
| Prashant Kolluri | 1:25-cr-00654 |
| Prashant Kolluri | 1:26-cr-00172 |
| Prashant Kolluri | 1:26-cr-00281 |
| Prashant Kolluri | 1:26-cr-00281 |
| Prashant Kolluri | 1:26-cv-03039 |
| Sarah Streicker | 1:25-cr-00513 |
| Sarah Streicker | 1:26-cv-01888 |
| Sarah Streicker | 1:98-cr-00137 |
| Scott Edenfield | 1:14-cr-00146 |
| Scott Edenfield | 1:16-cr-00759 |
| Scott Edenfield | 1:19-cr-00936 |
| Scott Edenfield | 1:25-cv-08476 |
| Scott Heffron | 1:00-cr-00966 |
| Scott Heffron | 1:00-cr-00966 |
| Scott Heffron | 1:02-cr-00573 |
| Scott Heffron | 1:03-cr-00360 |
| Scott Heffron | 1:06-cr-00650 |
| Scott Heffron | 1:08-cr-00140 |
| Scott Heffron | 1:09-cr-00669 |
| Scott Heffron | 1:09-cr-00669 |
| Scott Heffron | 1:09-cr-00669 |

**EXHIBIT A**

| Former AUSA | Case Number |
|---|---|
| Scott Heffron | 1:12-cr-00318 |
| Scott Heffron | 1:15-cr-00689 |
| Scott Heffron | 1:16-cr-00307 |
| Scott Heffron | 1:17-cr-00518 |
| Scott Heffron | 1:20-cr-00342 |
| Scott Heffron | 1:24-cv-04030 |
| Scott Heffron | 1:24-cv-11992 |
| Scott Heffron | 1:25-cv-03705 |
| Scott Heffron | 1:25-cv-09967 |
| Scott Heffron | 1:25-cv-10458 |
| Sivashree Sundaram | 1:11-cr-00784 |
| Sivashree Sundaram | 1:18-cr-00728 |
| Sivashree Sundaram | 1:18-cr-00728 |
| Sivashree Sundaram | 1:18-cr-00728 |
| Sivashree Sundaram | 1:21-cr-00392 |
| Sivashree Sundaram | 1:22-cr-00317 |
| Sivashree Sundaram | 1:25-cr-00545 |
| Sivashree Sundaram | 1:25-cr-00621 |
| Sivashree Sundaram | 1:26-cr-00111 |
| Stuart Fullerton | 1:00-cr-00105 |
| Stuart Fullerton | 1:00-cr-00105 |
| Stuart Fullerton | 1:00-cr-00160 |
| Stuart Fullerton | 1:01-cr-00390 |
| Stuart Fullerton | 1:03-cr-00095 |
| Stuart Fullerton | 1:95-cr-00524 |
| Stuart Fullerton | 1:95-cr-00585 |
| Stuart Fullerton | 1:95-cr-00602 |
| Stuart Fullerton | 1:95-cr-00605 |
| Stuart Fullerton | 1:95-cr-00643 |
| Stuart Fullerton | 1:95-cr-00759 |
| Stuart Fullerton | 1:96-cr-00014 |
| Stuart Fullerton | 1:96-cr-00032 |
| Stuart Fullerton | 1:96-cr-00033 |
| Stuart Fullerton | 1:96-cr-00108 |
| Stuart Fullerton | 1:96-cr-00144 |

**EXHIBIT A**

| Former AUSA | Case Number |
|---|---|
| Stuart Fullerton | 1:96-cr-00245 |
| Stuart Fullerton | 1:96-cr-00246 |
| Stuart Fullerton | 1:96-cr-00268 |
| Stuart Fullerton | 1:96-cr-00464 |
| Stuart Fullerton | 1:96-cr-00580 |
| Stuart Fullerton | 1:96-cr-00622 |
| Stuart Fullerton | 1:96-cr-00625 |
| Stuart Fullerton | 1:96-cr-00746 |
| Stuart Fullerton | 1:97-cr-00089 |
| Stuart Fullerton | 1:97-cr-00089 |
| Stuart Fullerton | 1:97-cr-00089 |
| Stuart Fullerton | 1:97-cr-00496 |
| Stuart Fullerton | 1:97-cr-00606 |
| Stuart Fullerton | 1:97-cr-00715 |
| Stuart Fullerton | 1:97-cr-00716 |
| Stuart Fullerton | 1:98-cr-00777 |
| Stuart Fullerton | 1:98-cr-00897 |
| Terry Kinney | 1:01-cr-00105 |
| Terry Kinney | 1:17-cr-00518 |
| Terry Kinney | 1:20-cr-00209 |
| Terry Kinney | 1:96-cr-00514 |
| Terry Kinney | 1:96-cr-00514 |
| Thomas Peabody | 1:18-cr-00133 |
| Thomas Peabody | 1:21-cr-00408 |
| Thomas Peabody | 1:21-cr-00659 |
| Thomas Peabody | 1:22-cr-00127 |
| Thomas Peabody | 1:23-cr-00413 |
| Thomas Peabody | 1:23-cr-00574 |
| Thomas Peabody | 1:23-cr-00575 |
| Thomas Peabody | 1:23-cr-00576 |
| Thomas Peabody | 1:25-cr-00812 |
| Thomas Peabody | 1:26-cr-00106 |
| Thomas Peabody | 1:26-cv-09891 |
| Tiffany Ardam | 1:96-cr-00292 |
| Vikas Didwania | 1:19-cr-00040 |

**EXHIBIT A**

| Former AUSA | Case Number |
|---|---|
| Vikas Didwania | 1:19-cr-00040 |
| Vikas Didwania | 1:20-cr-00231 |
| Vikas Didwania | 1:20-cr-00688 |
| Vikas Didwania | 1:20-cr-00688 |
| Vikas Didwania | 1:20-cr-00688 |
| Vikas Didwania | 1:20-cr-00688 |
| Vikas Didwania | 1:20-cr-00688 |
| Vikas Didwania | 1:20-cr-00688 |
| Vikas Didwania | 1:20-cr-00688 |
| Vikas Didwania | 1:20-cr-00703 |
| Vikas Didwania | 1:21-cr-00408 |
| Vikas Didwania | 1:21-cr-00606 |
| Vikas Didwania | 1:22-cr-00127 |
| Vikas Didwania | 1:23-cr-00184 |
| Vikas Didwania | 1:24-cr-00605 |
| Vikas Didwania | 1:24-cr-00605 |
| Vikas Didwania | 1:24-cr-00605 |
| Vikas Didwania | 1:24-cr-00605 |
| Vikas Didwania | 1:24-cr-00605 |
| Vikas Didwania | 1:24-cr-00605 |
| Vikas Didwania | 1:26-cv-00321 |